# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Juan Vargas Hernandez,

       Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                          3:10mc9

U.S. Department of Homeland Security
and U.S. Immigration and Customs
Enforcement,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 12, 2010 Order.

                                                Signed: May 12, 2010

                                                Frank G. Johns, Clerk
                                                United States District Court